IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-17-BR

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
) **DEFAULT**
$34,573.72 IN U. S. CURRENCY, )
)
       Defendant. )

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 17th day of October, 2011.

DENNIS P. IAVARONE
Clerk

BY: _____
Clerk
United States District Court